UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| KIMBERLY P. SCARBOROUGH, | ) | Civil Action No. 5:20-cv-02267-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

AND NOW, this 23d day of March, 2021, upon consideration of Defendant's Unopposed Motion to Remand, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct an Administrative Law Judge (ALJ) to further evaluate Plaintiff's claim, offer a new hearing, further evaluate the opinion evidence pursuant to 20 CFR 404.1520c, update the record including considering the additional evidence submitted to the Appeals Council, further evaluate the claimant's subjective complaints, and further evaluate the claimant's residual functional capacity.

IT IS SO ORDERED.

March 23, 2021                                                              Kaymani D. West
Florence, South Carolina                                           United States Magistrate Judge