UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| KIMBERLY P. SCARBOROUGH, | ) Civil Action No. 5:20-cv-02267-KDW |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

This matter is before the court on the parties' Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act ("EAJA"). In this Stipulation, the parties advise that they have agreed to stipulate to an award of $7,400.00 in attorney fees and $400.00 in costs. Stipulation, ECF No. 27. The court finds the stipulated amount of fees and costs to be reasonable and in accordance with applicable law. Further, the parties have stipulated that the previously filed Petition for EAJA Fees, ECF No. 25,[1] is *withdrawn*. *See id.*

Pursuant to the Stipulation, it is *ordered* that Plaintiff, Kimberly P. Scarborough, is awarded attorney fees in the amount of Seven Thousand, Four Hundred Dollars and 00/100 Cents ($7,400.00), and costs in the amount of Four Hundred Dollars and 00/100 Cents ($400.00) under 28 U.S.C. § 2412(a), (d) of the EAJA. These attorney fees will be paid directly to Plaintiff, Kimberly P. Scarborough, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a

---

[1] In the Amended Petition counsel indicated a total of 37 hours had been spent on this matter.

debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

An award of $7,400.00 in EAJA attorney fees and $400.00 in costs is granted in accordance with this Order.

IT IS SO ORDERED.

June 29, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge